## CONNOLLY DEVELOPMENT, INC.
### Case #95-1-1749
### Unclaimed Disbursements
### As of February 28, 2011

| Vendor | Address line 1 | City ST ZIP | Amount |
|---|---|---|---|
| Office of the Atty General | 1550 Clay Street, 20th Floor | Oakland, CA 94612 | 50.46 |
| United Investments | 1098 Melody Lane, Suite 202 | Roseville, CA 95678 | 86.63 |
| Valley Diaz Construction & Devel. | 1026 Benicia Road | Vallejo, CA 94591 | 8.08 |
| Hallenbeck & Associates | 3732 Mt. Diablo Blvd, Ste 362 | Lafayette, CA 94549 | 10.77 |
| | | | 155.94 |

Susan L. Uecker, Trustee



FILED
MAR 29 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case: 95-11749    Doc# 240    Filed: 03/29/11    Entered: 04/04/11 09:56:47    Page 1 of 1